UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK MUNZEL WRIGHT Jr., <br><br> Plaintiff <br><br> v. <br><br> OMAR COVARRUBIAS, et al., <br><br> Defendants. | Case No. 2:19-cv-4227-JLS (GJS) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings and other documents filed in this action, including the Report and Recommendation (Dkt. 32, "Report") of the assigned United States Magistrate Judge. No objections to the Report have been filed within the time allowed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, **IT IS ORDERED** that:

(1) Defendants' Rule12(c) Motion for Judgment on the Pleadings is DENIED in PART and GRANTED in PART as follows:

    (a)    The Motion is GRANTED with respect to the claims against Defendants Cesar Del Castillo and the County of Los Angeles (erroneously sued as the Los Angeles County Sheriff's Department);

    (b) The Motion is DENIED with respect to the Fourth Amendment claim against Defendant Omar Covarrubias, in his individual capacity;

    (c) The Motion is DENIED, without prejudice, with respect to Defendants' qualified immunity argument;

  (2) This action now proceeds solely on Plaintiff's Fourth Amendment excessive force claim against Defendant Omar Covarrubias, in his individual capacity;

  (3) all other remaining claims and Defendants are DISMISSED from this action with prejudice and without leave to amend.

DATE: May 04, 2020    _____
             JOSEPHINE L. STATON
             UNITED STATES DISTRICT JUDGE