UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK MUNZEL WRIGHT, JR.,<br><br>Plaintiff<br><br>v.<br><br>OMAR COVARRUBIAS,<br><br>Defendant. | Case No. 2:19-cv-04227-JLS (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records on file, Defendant's Motion for Summary Judgment and the parties' related briefing, the March 10, 2022 Report and Recommendation of the assigned United States Magistrate Judge ("Report"), and Defendant's Objections to the Report ("Objections"). The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which these objections were made.

Accordingly, **IT IS ORDERED** that:

(1) The Magistrate Judge's Report and Recommendation is accepted.

(2) Defendant's Motion for Summary Judgment is DENIED.

DATE: July 19, 2022

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE